IN RE PRESTON JEROME WHITE, RELATOR

NO. 07-02-0477-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JANUARY10, 2003

______________________________

IN RE PRESTON JEROME WHITE, RELATOR

_______________________________

Before QUINN and REAVIS, JJ. and BOYD, S.J.
(footnote: -6)
MEMORANDUM OPINION
(footnote: 1)
 By this original proceeding, relator Preston Jerome White, proceeding
 pro se and informa pauperis
, seeks a writ of mandamus to compel the Lubbock County District Clerk to provide him with a copy of the clerk’s record to prepare a 
pro se 
brief in response to an 
Anders
(footnote: 2) brief filed by appellate counsel.  Under applicable principles of law, the petition for writ of mandamus is dismissed as moot.

The Lubbock County District Clerk has notified this Court that on December 11, 2002, a copy of the clerk’s record was forwarded to appellant.  Thus, this proceeding is moot. 

Don H. Reavis

    Justice

FOOTNOTES
-6:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

1:
Tex. R. App. P. 47.4..

2:
Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).